IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60733
_____


LAURA L CARLOCK, Individually and as
Administrator of the Estate of
Jane M. Love, Deceased;
HOMER H LOVE; LINDA PHIPPS,

                                        Plaintiffs-Appellants,

                      versus

WILMER D. WILSON; ET AL,

                                        Defendants,

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA,

                                        Garnishee-Appellee


                      _____

             Appeal from the United States District Court
               For the Southern District of Mississippi
                        (5:93-CV-128-BrN)
                      _____

                        August 8, 1997

Before REYNALDO G. GARZA, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

        AFFIRMED.  See Local Rule 47.6.

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.